IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-41-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHN WESLEY LLOYD, JR. | ) | |

This matter having come before the Court for hearing by oral motion before the undersigned United States District Judge, in the context of a Motion for New Counsel, the Court issued an oral order at the hearing on October 12, 2011 in Raleigh, North Carolina that this matter is **TRANSFERRED** to Malcolm J. Howard, Senior United States District Judge, and the arraignment for John Wesley Lloyd Jr. is continued and shall be reset by notice.

It is further **ORDERED** that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(8)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO ORDERED**, this the 15 day of October, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE